UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                              Chapter 7

    Douglas Filardo
    aka Douglas J Filardo                      Case No.:
    aka Douglas John Filardo,
                   Debtor(s).
-----------------------------------------------------------X

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. §521(A)(B)(IV)**

    I, Douglas Filardo, state as follows:

    I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of my petition from any employer because:

    __X__ a) I was not employed during the period immediately preceding the filing of the above-referenced case;

    _____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

    _____ c) I am self-employed and do not receive any evidence of payment;

    _____ d) Other:

    I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: May 10, 2023

                                        S/Douglas Filardo
                                        Debtor - Douglas Filardo