# Notice Recipients

| | | | | |
|---|---|---|---|---|
| District/Off: 0207−8 | | User: admin | | Date Created: 5/16/2023 |
| Case: 8−23−71732−reg | | Form ID: 309A | | Total: 62 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Douglas Filardo | 27 Montauk Highway | Westhampton, NY 11977 | | |
| tr | Robert L. Pryor | Pryor & Mandelup LLP | 675 Old Country Road | Westbury, NY 11590 | |
| aty | Richard F Artura | Phillips, Artura & Cox | 165 South Wellwood Avenue | Lindenhurst, NY 11757 | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn, NY 11201−3719 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza | Central Islip, NY 11722−4437 |
| 10193016 | American Express | National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern, PA 19355−0701 |
| 10193017 | Amex | Correspondence/Bankruptcy | Po Box 981540 | El Paso, TX 79998 | |
| 10193018 | Amex/Bankruptcy | Po Box 679 | Sioux Falls, SD 57117 | | |
| 10193019 | Andrea Allani | 396 3rd Street | Apt 14 | Brooklyn, NY 11215 | |
| 10193020 | Barclays Bank Delaware | Attn: Bankruptcy | PO Box 8801 | Wilmington, DE 19899 | |
| 10193021 | Barclays Bank Delaware | PO Box 8803 | Wilmington, DE 19899 | | |
| 10193022 | Bashian & Papantoniou, PC | 500 Old Country Road | Suite 302 | Garden City, NY 11530 | |
| 10193023 | Berger Fischoff Shumer | Wexler & Goodman LLP | 6901 Jericho Turnpike | Suite 230 | Syosset, NY 11791 |
| 10193024 | Cbna | Po Box 6181 | Sioux Falls, SD 57117 | | |
| 10193025 | Chase Card Services | Attn: Bankruptcy | P.O. 15298 | Wilmington, DE 19850 | |
| 10193026 | Chase Card Services | Attn: Bankruptcy | Po Box 15298 | Wilmington, DE 19850 | |
| 10193027 | Chase Card Services | PO Box 15369 | Wilmington, DE 19850 | | |
| 10193028 | Citibank | Citicorp Cr Srvs/ | Centralized Bankruptcy | Po Box 790040 | St Louis, MO 63179 |
| 10193029 | Citibank | Citicorp Credit Srvs | Centralized Bk Dept | PO Box 790034 | Saint Louis, MO 63179 |
| 10193030 | Citibank | Citicorp Credit Srvs | Po Box 790034 | Saint Louis, MO 63179 | |
| 10193031 | Citibank | PO Box 6217 | Sioux Falls, SD 57117 | | |
| 10193032 | Citibank/The Home Depot | Citicorp Credit Srvs | Po Box 790034 | Saint Louis, MO 63179 | |
| 10193033 | Citibank/The Home Depot | PO Box 6497 | Sioux Falls, SD 57117 | | |
| 10193034 | Citibankna | Citicorp Credit Srvs/Centralized BK Dept | Po Box 790034 | St. Louis, MO 63179 | |
| 10193035 | Comenity Bank/Wayfair | Attn: Bankruptcy | PO Box 182125 | Columbus, OH 43218 | |
| 10193036 | Comenity Bank/Wayfair | PO Box 182789 | Columbus, OH 43218 | | |
| 10193037 | CompuLink Corporation | dba Celink | 101 West Louis Henna Blvd | Suite 450 | Austin, TX 78728 |
| 10193038 | Discover Bank | Discover Products Inc | PO Box 3025 | New Albany, OH 43054−3025 | |
| 10193039 | Discover Financial | Attn: Bankruptcy | Po Box 3025 | New Albany, OH 43054 | |
| 10193040 | Discover Financial | Pob 15316 | Wilmington, DE 19850 | | |
| 10193041 | Dsnb Bloomingdales | Attn: Recovery 'Bk' | Po Box 9111 | Mason, OH 45040 | |
| 10193042 | Dsnb Bloomingdales | Po Box 6789 | Sioux Falls, SD 57117 | | |
| 10193043 | Francine Filardo | 27 Montauk Highway | Westhampton, NY 11977−1211 | | |
| 10193044 | Francine Filardo | 27 Montauk Highway | Westhampton, NY 11977−1211 | | |
| 10193045 | Francine Filardo | 27 Montauk Highway | Westhampton, NY 11977−1211 | | |
| 10193046 | Internal Revenue Service | 10 Metrotech Center | 625 Fulton Street | Brooklyn, NY 11201 | |
| 10193047 | Internal Revenue Service | 10 Metrotech Center | 625 Fulton Street | Brooklyn, NY 11201 | |
| 10193048 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | | |
| 10193049 | JPMorgan Chase Bank NA | sbmt Chase Bank USA NA | c/o National Bankruptcy | PO Box 9013 | Addison, TX 75001 |
| 10193055 | LVNV Funding LLC | Resurgent CapitalServices | PO Box 10587 | Greenville, SC 29603−0587 | |
| 10193056 | LVNV Funding LLC | Resurgent CapitalServices | PO Box 10587 | Greenville, SC 29603−0587 | |
| 10193050 | Light Stream | 600 W Broadway | Suite 2000 | San Diego, CA 92101 | |
| 10193051 | LightStream/Suntrust Bank | Truist Bank | PO Box 1847 | Wilson, NC 27894 | |
| 10193052 | Lincol Auto Finance | PO Box 55000 | Dept 194101 | Detroit, MI 48255−1941 | |
| 10193053 | Lincoln Auto Finance | PO Box 62000 | Colorado Springs, CO 80962 | | |
| 10193054 | Lincoln Automotive Fin | Attn: Bankrutcy | Po Box 54200 | Omaha, NE 68154 | |
| 10193059 | NYS Department of | Taxation & Finance | Bankruptcy Section | PO Box 5300 | Albany, NY 12205−0300 |
| 10193060 | NYS Dept of Taxation | and Finance | WA Harriman Campus | Albany, NY 12227 | |
| 10193058 | Nordstrom FSB | 13531 E Caley Ave | Englewood, CO 80111 | | |
| 10193057 | Nordstrom FSB | Attn: Bankruptcy | Po Box 6555 | Englewood, CO 80155 | |
| 10193061 | PHH Mortgage Services | 1 Mortgage Way | Mail Stop: SVCF | Mount Laurel, NJ 08054 | |
| 10193062 | Portfolio Recovery | Associates LLC | c/o Barclays BankDelaware | POB 41067 | Norfolk, VA 23541 |
| 10193063 | Quantum3 Group LLC | PO Box 788 | Kirkland, WA 98083−0788 | | |
| 10193064 | Selip & Stylianou, LLP | PO Box 9004 | 199 Crossways Park Drive | Woodbury, NY 11797−9004 | |
| 10193066 | Star Auto Sales of Queens | 206−26 Northern Blvd | Bayside, NY 11361 | | |

| 10193065 | Star Auto Sales of Queens | c/o Milman Labuda Law | Group PLLC | 3000 Marcus Ave, Ste 3W8 | New Hyde Park, NY 11042 |
| --- | --- | --- | --- | --- | --- |
| 10193068 | Suntrust Bank | 303 Peachtree Street | Northeast | Atlanta, GA 30308 | |
| 10193067 | Suntrust Bank | Attn: Bankruptcy | MC Va–Rvw_6290 | Pob 85092 | Richmond, VA 23286 |
| 10193070 | Truist Bank | 40 Northwoods Blvd | Suite C | Columbus, OH 43235 | |
| 10193069 | Truist Bank | Attn: Bankruptcy | Mail Code | VA–RVW–6290 POB 85092 | Richmond, VA 23286 |

TOTAL: 62