UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                      Chapter 7
                                                            Case No.: 8-23-71732
DOUGLAS J. FILARDO
                                                            **NOTICE OF APPEARANCE
                                                            AND DEMAND FOR SERVICE
                                                            OF PAPERS AND OTHER
                                                            <u>DOCUMENTS</u>**

                      Debtor

-----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that Berger, Fischoff, Shumer, Wexler & Goodman, LLP, by Gary C. Fischoff, Esq., hereby enters its appearance on behalf of Star Auto Sales of Queens, Creditor in the above-captioned action. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

**BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP
6901 JERICHO TURNPIKE, SUITE 230
SYOSSET, NEW YORK 11791
ATTN: Gary C. Fischoff, Esq.
<u>gfischoff@bfslawfirm.com</u>
(516) 747-1136**

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

Dated: Syosset, New York
      May 24, 2023

                                      BERGER, FISCHOFF, SHUMER,
                                      WEXLER & GOODMAN, LLP
                                      *Co-Counsel for*
                                      *Star Auto Sales of Queens,*
                                      6901 Jericho Turnpike, Suite 230
                                      Syosset, New York 11791
                                      (516) 747-1136

                                      _____
                                      By: Gary C. Fischoff, Esq.