UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Chapter 7
                                                                          Case No.: 8-23-71732
DOUGLAS J. FILARDO
                                                                          **NOTICE OF APPEARANCE AND**
                                                                          **DEMAND FOR SERVICE OF**
                                                                          **PAPERS AND OTHER**
                                                                          **DOCUMENTS**
                               Debtor

------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that Milman Labuda Law Group PLLC, by Jamie S. Felsen, Esq., hereby enters its appearance on behalf of Star Auto Sales of Queens, LLC, d/b/a Star Subaru, Creditor, in the above-captioned action. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter bedirected to the following:

**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVE, SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**
**ATTN: Jamie S. Felsen, Esq.**
**jamie@mllaborlaw.com**
**(516) 328-8899**

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands,replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or

1

oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

Dated: Lake Success, New York
       June 1, 2023

MILMAN LABUDA LAW GROUP PLLC
*Co-Counsel for Star Auto Sales of Queens,*
*LLC, d/b/a Star Subaru*
3000 Marcus Ave., Suite 3W8
Lake Success, New York 11042
(516) 328-8899

By: Jamie S. Felsen, Esq.