United States Bankruptcy Court

Eastern District of New York

In re:

Douglas Filardo

Debtor

Case No. 23-71732-reg

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas Filardo, 27 Montauk Highway, Westhampton, NY 11977-1211 |
| 10193018 | + | Amex/Bankruptcy, Po Box 679, Sioux Falls, SD 57101-0679 |
| 10193019 | + | Andrea Allani, 396 3rd Street, Apt 14, Brooklyn, NY 11215-2834 |
| 10193022 | + | Bashian & Papantoniou, PC, 500 Old Country Road, Suite 302, Garden City, NY 11530-1944 |
| 10193023 | + | Berger Fischoff Shumer, Wexler & Goodman LLP, 6901 Jericho Turnpike, Suite 230, Syosset, NY 11791-4420 |
| 10193037 | + | CompuLink Corporation, dba Celink, 101 West Louis Henna Blvd, Suite 450, Austin, TX 78728-1357 |
| 10193043 | | Francine Filardo, 27 Montauk Highway, Westhampton, NY 11977-1211 |
| 10193050 | + | Light Stream, 600 W Broadway, Suite 2000, San Diego, CA 92101-3358 |
| 10193051 | + | LightStream/Suntrust Bank, Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 10193052 | | Lincol Auto Finance, PO Box 55000, Dept 194101, Detroit, MI 48255-1941 |
| 10193053 | + | Lincoln Auto Finance, PO Box 62000, Colorado Springs, CO 80962-2000 |
| 10196958 | + | Star Auto Sales of Queens, c/o Berger, Fischoff, Shumer,, Wexler & Goodman, LLP, 6901 Jericho Turnpike, Suite 230 Syosset, NY 11791-4420 |
| 10193066 | + | Star Auto Sales of Queens, 206-26 Northern Blvd, Bayside, NY 11361-3146 |
| 10193065 | + | Star Auto Sales of Queens, c/o Milman Labuda Law, Group PLLC, 3000 Marcus Ave, Ste 3W8, New Hyde Park, NY 11042-1009 |
| 10193070 | + | Truist Bank, 40 Northwoods Blvd, Suite C, Columbus, OH 43235-4718 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | May 31 2023 18:23:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 31 2023 18:24:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | May 31 2023 18:23:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | May 31 2023 18:24:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10193016 | | Email/PDF: bncnotices@becket-lee.com | May 31 2023 18:37:31 | American Express, National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 10193017 | + | Email/PDF: bncnotices@becket-lee.com | May 31 2023 18:37:37 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 10193020 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 31 2023 18:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 10193021 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 31 2023 18:24:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 10193024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:26:47 | Cbna, Po Box 6181, Sioux Falls, SD 57117-6181 |

| | | | | |
|---|---|---|---|---|
| 10193029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:27:18 | Citibank, Citicorp Credit Srvs, Centralized Bk Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 10193031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:37:42 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 10193030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:37:36 | Citibank, Citicorp Credit Srvs, Po Box 790034, Saint Louis, MO 63179-0034 |
| 10193028 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:37:32 | Citibank, Citicorp Cr Srvs/, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 10193032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:37:42 | Citibank/The Home Depot, Citicorp Credit Srvs, Po Box 790034, Saint Louis, MO 63179-0034 |
| 10193033 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:26:47 | Citibank/The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 10193034 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:27:18 | Citibankna, Citicorp Credit Srvs/Centralized BK Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 10193035 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2023 18:24:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 10193036 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2023 18:24:00 | Comenity Bank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 10193040 | | Email/Text: mrdiscen@discover.com | May 31 2023 18:23:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 10193041 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:27:05 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 10193038 | | Email/Text: mrdiscen@discover.com | May 31 2023 18:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 10193039 | + | Email/Text: mrdiscen@discover.com | May 31 2023 18:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 10193042 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 18:26:47 | Dsnb Bloomingdales, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 10193046 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2023 18:24:00 | Internal Revenue Service, 10 Metrotech Center, 625 Fulton Street, Brooklyn, NY 11201 |
| 10193025 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 18:27:18 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 10193026 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 18:27:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 10193027 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 18:26:46 | Chase Card Services, PO Box 15369, Wilmington, DE 19850 |
| 10193049 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 31 2023 18:23:00 | JPMorgan Chase Bank NA, sbmt Chase Bank USA NA, c/o National Bankruptcy, PO Box 9013, Addison, TX 75001-9013 |
| 10193055 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 18:27:16 | LVNV Funding LLC, Resurgent CapitalServices, PO Box 10587, Greenville, SC 29603-0587 |
| 10193054 | + | Email/Text: EBNBKNOT@ford.com | May 31 2023 18:24:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 10193059 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 31 2023 18:24:00 | NYS Department of, Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 10193060 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 31 2023 18:24:00 | NYS Dept of Taxation, and Finance, WA Harriman Campus, Albany, NY 12227-0001 |
| 10193058 | + | Email/Text: bnc@nordstrom.com | May 31 2023 18:23:03 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |

| 10193057 | + Email/Text: bnc@nordstrom.com | | |
|---|---|---|---|
| | | May 31 2023 18:23:18 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 10193061 | + Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | May 31 2023 18:23:00 | PHH Mortgage Services, 1 Mortgage Way, Mail Stop: SVCF, Mount Laurel, NJ 08054-4637 |
| 10193062 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 31 2023 18:27:15 | Portfolio Recovery, Associates LLC, c/o Barclays BankDelaware, POB 41067, Norfolk, VA 23541 |
| 10193063 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 31 2023 18:24:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 10193064 | ^ MEBN | | |
| | | May 31 2023 18:21:38 | Selip & Stylianou, LLP, PO Box 9004, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 10193067 | + Email/Text: bankruptcy@bbandt.com | | |
| | | May 31 2023 18:24:00 | Suntrust Bank, Attn: Bankruptcy, MC Va-Rvw_6290, Pob 85092, Richmond, VA 23286-0001 |
| 10193068 | + Email/Text: bankruptcy@lightstream.com | | |
| | | May 31 2023 18:24:00 | Suntrust Bank, 303 Peachtree Street, Northeast, Atlanta, GA 30308-3245 |
| 10193069 | + Email/Text: bankruptcy@bbandt.com | | |
| | | May 31 2023 18:24:00 | Truist Bank, Attn: Bankruptcy, Mail Code, VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Star Auto Sales of Queens, LLC, c/o Berger, Fischoff, Shumer,, Wexler & Goodman, LLP, 6901 Jericho Turnpike, Suite 230, Syosset, NY 11791-4420 |
| 10193044 | * | Francine Filardo, 27 Montauk Highway, Westhampton, NY 11977-1211 |
| 10193045 | * | Francine Filardo, 27 Montauk Highway, Westhampton, NY 11977-1211 |
| 10193048 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10193047 | * | Internal Revenue Service, 10 Metrotech Center, 625 Fulton Street, Brooklyn, NY 11201 |
| 10193056 | * | LVNV Funding LLC, Resurgent CapitalServices, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary C Fischoff | |
| | on behalf of Creditor Star Auto Sales of Queens  LLC gfischoff@bfslawfirm.com, dtraina@bfslawfirm.com |

Richard F Artura
                    on behalf of Debtor Douglas Filardo bankruptcy@pwqlaw.com  paper9@aol.com

Robert L. Pryor
                    on behalf of Trustee Robert L. Pryor rlp@pryormandelup.com  N248@ecfcbis.com

Robert L. Pryor
                    rlp@pryormandelup.com  N248@ecfcbis.com

United States Trustee
                    USTPRegion02.LI.ECF@usdoj.gov


TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:
DOUGLAS FILARDO
*aka* **Douglas J Filardo**
*aka* **Douglas John Filardo**
      Debtor(s).

Case No.  23-71732
Chapter 7

### NOTICE OF TELEPHONIC SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the section 341 meeting of creditors in the above-captioned case, scheduled for 06/21/23 at 09:00am will take place at the same date and time but will be held telephonically.  <u>NO PERSONAL APPEARANCES PERMITTED</u>

### INSTRUCTIONS TO PARTICIPATE VIA TELEPHONE:

1.  All parties wishing to appear shall dial into the 341 meeting using the following dialing instructions:

      Meeting Dial-in No. **866-453-7352;** Participant Code: **9739493**#

2.  Parties should call in promptly at the time listed above.

3.  Telephonic appearances shall be conducted in accordance with the UST's current applicable procedures for telephonic meetings.

4.  **IDENTIFICATION** - No later than one day prior to the 341 meeting, the debtor and/or their counsel are required to transmit via secure method (such as trustee's portal, encrypted email, etc.) imaged copy of the identification and proof of social security number. Identification documents must be in accordance with current applicable procedures.

5.  **ADMINISTRATION OF OATH** - Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by licensed notary public or person authorized to administer oaths. This form must be returned to the trustee immediately following the 341 meeting.

6.  If strict compliance with the procedures set forth in #5 above are not possible or practicable under the circumstances, the trustee can administer the oath telephonically **ONLY IF PRIOR TO THE 341 MEETING** debtor's attorney submits a declaration confirming that: (a) the attorney previously met with the debtor in-person; and (b) the attorney examined the debtor's original identification documents and social security number.

7.  In every case, the trustee must receive <u>one</u> of these declarations, fully completed and signed.

                      Robert L. Pryor, Chapter 7 Trustee
                      Pryor & Mandelup, LLP
                      675 Old Country Road
                      Westbury, NY 11590
                      Telephone No.: (516) 997-0999
                      Email: rlp@pryormandelup.com