# Notice Recipients

District/Off: 0207−8          User: admin          Date Created: 08/23/2023
Case: 8−23−71732−reg          Form ID: 318DI7          Total: 68

**Recipients of Notice of Electronic Filing:**
aty          Richard F Artura          bankruptcy@pwqlaw.com

                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Douglas Filardo          27 Montauk Highway          Westhampton, NY 11977
tr          Robert Pryor          Pryor & Mandelup LLP          675 Old Country Road          Westbury, NY 11590
aty          Robert Pryor          Pryor & Mandelup LLP          675 Old Country Road          Westbury, NY 11590
smg          NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg          NYS Unemployment Insurance          Attn: Isolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg          NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg          United States Trustee          Office of the United States Trustee          Long Island Federal Courthouse          560 Federal Plaza          Central Islip, NY 11722−4437
10193016          American Express          National Bank          c/o Becket and Lee LLP          PO Box 3001          Malvern, PA 19355−0701
10193017          Amex          Correspondence/Bankruptcy          Po Box 981540          El Paso, TX 79998
10193018          Amex/Bankruptcy          Po Box 679          Sioux Falls, SD 57117
10193019          Andrea Allani          396 3rd Street          Apt 14          Brooklyn, NY 11215
10193020          Barclays Bank Delaware          Attn: Bankruptcy          PO Box 8801          Wilmington, DE 19899
10193021          Barclays Bank Delaware          PO Box 8803          Wilmington, DE 19899
10193022          Bashian & Papantoniou, PC          500 Old Country Road          Suite 302          Garden City, NY 11530
10193023          Berger Fischoff Shumer          Wexler & Goodman LLP          6901 Jericho Turnpike          Suite 230          Syosset, NY 11791
10193024          Cbna          Po Box 6181          Sioux Falls, SD 57117
10193025          Chase Card Services          Attn: Bankruptcy          P.O. 15298          Wilmington, DE 19850
10193026          Chase Card Services          Attn: Bankruptcy          Po Box 15298          Wilmington, DE 19850
10193027          Chase Card Services          PO Box 15369          Wilmington, DE 19850
10193028          Citibank          Citicorp Cr Srvs/          Centralized Bankruptcy          Po Box 790040          St Louis, MO 63179
10193029          Citibank          Citicorp Credit Srvs          Centralized Bk Dept          PO Box 790034          Saint Louis, MO 63179
10193030          Citibank          Citicorp Credit Srvs          Po Box 790034          Saint Louis, MO 63179
10193031          Citibank          PO Box 6217          Sioux Falls, SD 57117
10193032          Citibank/The Home Depot          Citicorp Credit Srvs          Po Box 790034          Saint Louis, MO 63179
10193033          Citibank/The Home Depot          PO Box 6497          Sioux Falls, SD 57117
10193034          Citibankna          Citicorp Credit Srvs/Centralized BK Dept          Po Box 790034          St. Louis, MO 63179
10193035          Comenity Bank/Wayfair          Attn: Bankruptcy          PO Box 182125          Columbus, OH 43218
10193036          Comenity Bank/Wayfair          PO Box 182789          Columbus, OH 43218
10193037          CompuLink Corporation          dba Celink          101 West Louis Henna Blvd          Suite 450          Austin, TX 78728
10193038          Discover Bank          Discover Products Inc          PO Box 3025          New Albany, OH 43054−3025
10193039          Discover Financial          Attn: Bankruptcy          Po Box 3025          New Albany, OH 43054
10193040          Discover Financial          Pob 15316          Wilmington, DE 19850
10193041          Dsnb Bloomingdales          Attn: Recovery 'Bk'          Po Box 9111          Mason, OH 45040
10193042          Dsnb Bloomingdales          Po Box 6789          Sioux Falls, SD 57117
10201757          Ford Motor Credit Company LLC a/a/f CAB East LLC          c/o Schiller Knapp Lefkowitz Hertzel LLP          15 Cornell Road          Latham, New York 12110
10208589          Ford Motor Credit Company, LLC          c/o Davidson Fink LLP          400 Meridian Centre Blvd.          Suite 200          Rochester, New York 14618
10193043          Francine Filardo          27 Montauk Highway          Westhampton, NY 11977−1211
10193044          Francine Filardo          27 Montauk Highway          Westhampton, NY 11977−1211
10193045          Francine Filardo          27 Montauk Highway          Westhampton, NY 11977−1211
10193046          Internal Revenue Service          10 Metrotech Center          625 Fulton Street          Brooklyn, NY 11201
10193047          Internal Revenue Service          10 Metrotech Center          625 Fulton Street          Brooklyn, NY 11201
10193048          Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101−7346
10193049          JPMorgan Chase Bank NA          sbmt Chase Bank USA NA          c/o National Bankruptcy          PO Box 9013          Addison, TX 75001
10193055          LVNV Funding LLC          Resurgent CapitalServices          PO Box 10587          Greenville, SC 29603−0587
10193056          LVNV Funding LLC          Resurgent CapitalServices          PO Box 10587          Greenville, SC 29603−0587
10193050          Light Stream          600 W Broadway          Suite 2000          San Diego, CA 92101
10193051          LightStream/Suntrust Bank          Truist Bank          PO Box 1847          Wilson, NC 27894
10193052          Lincol Auto Finance          PO Box 55000          Dept 194101          Detroit, MI 48255−1941
10193053          Lincoln Auto Finance          PO Box 62000          Colorado Springs, CO 80962
10193054          Lincoln Automotive Fin          Attn: Bankrutcy          Po Box 54200          Omaha, NE 68154
10193059          NYS Department of          Taxation & Finance          Bankruptcy Section          PO Box 5300          Albany, NY 12205−0300
10193060          NYS Dept of Taxation          and Finance          WA Harriman Campus          Albany, NY 12227
10193058          Nordstrom FSB          13531 E Caley Ave          Englewood, CO 80111

| 10193057 | Nordstrom FSB | Attn: Bankruptcy | Po Box 6555 | Englewood, CO 80155 |

10193057 Nordstrom FSB     Attn: Bankruptcy     Po Box 6555     Englewood, CO 80155
10193061 PHH Mortgage Services     1 Mortgage Way     Mail Stop: SVCF     Mount Laurel, NJ 08054
10193062 Portfolio Recovery     Associates LLC     c/o Barclays BankDelaware     POB 41067     Norfolk, VA 23541
10193063 Quantum3 Group LLC     PO Box 788     Kirkland, WA 98083–0788
10193064 Selip & Stylianou, LLP     PO Box 9004     199 Crossways Park Drive     Woodbury, NY 11797–9004
10193066 Star Auto Sales of Queens     206–26 Northern Blvd     Bayside, NY 11361
10196958 Star Auto Sales of Queens     c/o Berger, Fischoff, Shumer,     Wexler & Goodman, LLP     6901 Jericho Turnpike     Suite 230     Syosset, NY 11791
10193065 Star Auto Sales of Queens     c/o Milman Labuda Law     Group PLLC     3000 Marcus Ave, Ste 3W8     New Hyde Park, NY 11042
10200415 Star Auto Sales of Queens     c/o Milman Labuda Law Group PLLC     3000 Marcus Ave, Ste 3W8     Lake Success, NY 11042     Attn:Jamie S. Felsen, Esq.
10200399 Star Auto Sales of Queens     c/o Milman Labuda Law Group PLLC     3000 Marcus Ave, Ste 3W8     Lake Success, NY 11042     Attn:Joseph M. Lambuda, Esq.
10193068 Suntrust Bank     303 Peachtree Street     Northeast     Atlanta, GA 30308
10193067 Suntrust Bank     Attn: Bankruptcy     MC Va–Rvw_6290     Pob 85092     Richmond, VA 23286
10193070 Truist Bank     40 Northwoods Blvd     Suite C     Columbus, OH 43235
10193069 Truist Bank     Attn: Bankruptcy     Mail Code     VA–RVW–6290 POB 85092     Richmond, VA 23286

TOTAL: 67